CHRISTOPHER A. CROFTS
United States Attorney
MARK A. KLAASSEN
Assistant United States Attorney
District of Wyoming
PO Box 668
Cheyenne, Wyoming 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2123

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  10-CR-00119-4D |
| ) | |
| v. ) | |
| ) | |
| JON JOHNSON, ) | |
| ) | |
| Defendant. ) | |

### SATISFACTION OF JUDGMENT AS TO MONETARY PENALTY

The assessment, fine, and/or restitution to the Government imposed by the Court in the above-entitled action, having been paid or otherwise settled, the Clerk of the Court is hereby authorized and empowered to satisfy the Judgment as to the monetary penalty only.

**DATED** this 30th day of  June,  2011.

                                                           CHRISTOPHER A. CROFTS
                                                           United States Attorney

                                                           By:    /s/ Mark A. Klaassen
                                                                MARK A. KLAASSEN
                                                            Assistant United States Attorney